ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Attorneys for Defendant*
*Walmart, Inc. d/b/a Walmart Neighborhood Market*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID COVINGTON, | Case No.: 2:18-cv-01429-JAD-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WALMART, INC. D/B/A WALMART NEIGHBORHOOD MARKET; DOES I-V, inclusive, and ROE BUSINESS ENTITIES I-V, inclusive, | ECF Nos. 20, 23 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

- 1 -

party's own costs and attorney's fees.

DATED this 23rd day of April, 2019.

**GAZDA & TADAYON**

LEWIS GAZDA, ESQ.
Nevada Bar No. 4269
AFSHIN TADAYON, ESQ.
Nevada Bar No. 6517
2600 South Rainbow Blvd., Suite 200
Las Vegas, NV 89146

*Attorneys for Plaintiff*
*David Covington*

DATED this 6th day of May, 2019.

**PHILLIPS, SPALLAS & ANGSTADT**

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Walmart, Inc. d/b/a Walmart Neighborhood Market*

**ORDER**

Based on the parties' stipulation **[ECF No. 23]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF No. 20]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 14, 2019